IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANCES RIDER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-352-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

_____      _____
Peter Oppeneer, Clerk of Court                 2/6/13
                                                                                    Date